# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JIMMY PRESLEY HODGE,                :

     Petitioner          :

                             CIVIL ACTION NO. 3:16-0259

   v.                  :

                          (Judge Mannion)

Warden, DAVID J. EBBERT      :

     Respondent         :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.


                          s/ *Malachy E. Mannion*
                          **MALACHY E. MANNION**
                          **United States District Judge**

**Dated: February 5, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0259-01-ORDER.wpd